IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50723
Conference Calendar

_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JO ANN ZEDLER,

                              Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CR-104-2
- - - - - - - - - - -
August 18, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

        Jo Ann Zedler seeks leave to proceed in forma pauperis on

appeal.  Zedler fails to raise any nonfrivolous issues for

appeal.  See Johnson v. United States, 352 U.S. 565, 566 (1957);

United States v. Boutwell, 896 F.2d 884, 889-90 (5th Cir.

1990)(one-judge order).  Accordingly, her motion is DENIED.

Because the appeal is frivolous, it is DISMISSED.  See 5th Cir.

R. 42.2.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.